IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE PATTON-BEY, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-0690-WS-C |
| U.S. PAROLE COMMISSION, et al., | : | |
| Respondents. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 5th day of January, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE